FILED

OCT 0 5 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Justin Jackson
Cherra Cooper

*Plaintiff*

*v.*

Illinois Department of Children and Family Servic
Amanda Yosanovich

*Defendant(s)*

Case Number: 22-cv-2301-SPM
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Illinois Department of Children and Family Services and Amanda Yosanovich violated U.S. Code: 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights-Section (3 ) Depriving Persons of Rights or Privileges.

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 1302 W. End St. Apt. A Marion, IL 62959, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Amanda Yosanovich is employed as
(a) (Name of First Defendant)

Case Worker
(b) (Position/Title)

with Illinois Department of Children and Family Serivces
(c) (Employer's Name and Address)

107 Airway Dr, Marion, IL 62959

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain:
The Illinois Department of Human Services is a state agency.

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant ______________________ is employed as
(Name of Second Defendant)

______________________
(Position/Title)

with ______________________
(Employer's Name and Address)

______________________

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #3:**

D. Defendant ______________________________ is employed as
(Name of Third Defendant)

______________________________
(Position/Title)

with ______________________________
(Employer's Name and Address)

______________________________

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages.**

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

   Plaintiff(s):

   Defendant(s):

2. Case number:

3. Name of Judge to whom case was assigned:

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich came to 1302 west end street, apt A Marion, Illinois, the residence of Justin Jackson and Cherra Cooper. Amanda Yosanovich, a DCFS caseworker, violated Section 1983 When she unreasonable and unjustly removed Justin Jackson and Cherra Cooper's children into family custody and handed them over to the grandmother, Me'Shaun Williams, that made a false report.

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich came to 1302 west end street, apt A Marion, Illinois, the residence of Justin Jackson and Cherra Cooper. Amanda Yosanovich, a DCFS caseworker, Jackson and Cooper's 1st Amendment right to freedom of religion and speech. This was done when Amanda took Jackson and Cooper's Children on October 5 and disregarded their religious rights; and when Amanda ordered that neither Jackson nor Cooper could have any contact with any of their children.

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich came to 1302 west end street, apt A Marion, Illinois, the residence of Justin Jackson and Cherra Cooper. Amanda Yosanovich, a DCFS casework, Jackson and Cooper's 4th Amendment for the seizure of Jackson and Cooper's children on October 5, 2021, and indicated both Jackson and Cooper at the end of the inversion with no creditable evidence

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich came to 1302 west end street, apt A Marion, Illinois, the residence of Justin Jackson and Cherra Cooper. Amanda Yosanovich, a DCFS caseworker, Jackson and Cooper's 8th Amendment right of Cruel and unusual punishment when removing both Jackson and Cooper's children from home and ordering both Jackson and Cooper not to contact any of their children.

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich came to 1302 west end street, apt A Marion, Illinois, the residence of Justin Jackson and Cherra Cooper. Amanda Yosanovich, a DCFS caseworker, Jackson and Cooper's 14th Amendment right when Amanda removed Jackson and Cooper's children from their homes and stated after looking at Jackson's Black Lives Matter sticker on his car, "You Don't Matter! You don't matter at all. What you do don't matter, and what you say don't matter. You don't matter at all!"

On October 5, 2021, at approximately 3:30 pm, Amanda Yosanovich until she ended the DCFS investigation, Amanda Yosanovich, a DCFS casework, was grossly negligent in the duty of the capacity of a Social Worker by not verifying the facts of the accused Jackson and Cooper included but not limited to: Board being broken over the child's head in question head, the child in question grades, the child in questions behavior, the fact of the case, history of the family in question, failure to follow DCFS protocol and procedures, failure to be nonbiased in the investigation in order to do what is best for the child, failure to respect family rights and responsibility, failure to not use racial bias, and failure to conduct self professionally, failure to tell the truth on under oath in the courtroom, and failure to act responsibly in a pandemic.

On October 5, 2021 Amanda Yosanovich at 1302 West End Street Apt A Abuse her Power when She removed Jackson and Cooper's Children, and continue to do so until the End of the investigation When Amanda Yosanovich indicate Jackson for abuse and Cherra for neglect.

**V. REQUEST FOR RELIEF** (*check as many boxes as appropriate)*

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ exceeding $50,000.

Punitive damages in the amount of $ exceeding $50,000.

An ordering requiring defendant(s) to:
Take culture trainings, investigation on the department, and to work in pairs.

A declaration that:

Other:

**VI. JURY DEMAND** (*check one box below)*

Plaintiff ◉ does or ◯ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: October 4, 2022
(date)

[signature]
Signature of Plaintiff

1302 west End Street Apt A
Street Address

Justin Jackson and Cherra Cooper
Printed Name

Marion, Illinois, 62959
City, State, Zip